FILED: 2/10/14

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*United States of America*,

        **Plaintiff,**

        v.

*Edward Seung Ok*,

        **Defendant.**

CASE NO. CV 12-6405-GHK
CR 05-1157-GHK

**JUDGMENT**

Pursuant to the Court's February 10, 2014 Order, IT IS HEREBY ADJUDGED that Defendant's motion pursuant to 28 U.S.C. § 2255 is **DENIED with prejudice**. Also pursuant to our February 10, 2014 Order, we **DENY** issuance of a certificate of appealability.

**IT IS SO ORDERED**.

DATED: February 10, 2014

_____
GEORGE H. KING
Chief United States District Judge